**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: timothy_garrison@fd.org

Attorneys for Mr. Quintero-Arias

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07MJ2364 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JOSE LUIS QUINTERO-ARIAS, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: October 10, 2007        /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: October 10, 2007            /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Timothy_Garrison@fd.org (email)