# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Crim. Case No. 07cr2878-LAB |
| v. | ) | |
| Jose Luis QUINTERO-Arias, | ) | ORDER GRANTING EX PARTE MOTION SHORTENING TIME TO HEAR MOTION FOR THE VIDEOTAPED DEPOSITIONS OF MATERIAL WITNESSES |
| Defendant. | ) | |

Upon ex parte application of the material witnesses SALVADOR BARRAGAN-CRUZ and RAUL LIZARRAGA-BORQUEZ, by their attorney, Tamara D. DeHaan, Esq., and in consideration of the fact that both witnesses have been in custody since October 1, 2007, with no possibility of being released on bond, and all other matters presented to the Court,

IT IS HEREBY ORDERED that the request for an Order Shortening Time to hear the motion for videotaped deposition is GRANTED. The motion shall be heard on November 6, 2007, at 9:00 a.m., in Department _____ of this Court.

IT IS SO ORDERED.

DATED: October \_\_\_\_\_, 2007

_____
The Honorable Ruben B. Brooks
United States Magistrate Judge