FILED
NOV 1 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2878-LAB |
| Plaintiff, ) | |
| ) | ORDER ADMITTING STIPULATION |
| v. ) | INTO EVIDENCE AND RELEASE |
| ) | OF MATERIAL WITNESSES |
| JOSE LUIS QUINTERO-ARIAS, ) | |
| Defendant. ) | |

Upon the Stipulation and Joint Motion of the parties and for good cause shown,

THE STIPULATION is admitted into evidence, and,

IT IS ORDERED that the material witnesses be released and remanded to the United States Department of Homeland Security for return to their respective country of origin.

SO ORDERED.

Dated: 11/16/2007

_____
United States Magistrate Judge

Case No. 07CR2878-LAB
Stipulation and Joint Motion For Release of
Material Witnesses and Order Thereon.

4