# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
           Plaintiff        )
                    )
                    )
           vs.            )
                    )
Jose Luis Quintero - Arias      )
         Defendant(s)    )
_____ )

CRIMINAL NO. 07CR2878-LAB

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RUBEN B. BROOKS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Salvador Barragan - Cruz

DATED: 11-16-07

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
        Deputy Clerk
        L ODIERNO