UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Jose Luis Quintero-Arias<br>Defendant(s) | CRIMINAL NO. 07cr2878-LAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Raul Lizarraga-Borquez

DATED: 11-16-07

**RUBEN B. BROOKS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____      OR
          DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____
      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082