LAW OFFICES OF TAMARA D. DeHAAN
Tamara D. DeHaan, Esq., #113932
444 West C Street, Suite 350
San Diego, CA 92101-3533
Ph: (619) 544-0715   Fax: (619) 544-1215

Attorney for Material Witnesses

# UNITED STATES DISTRICT COURT

# OF THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL CASE No. 07cr2878-LAB |
| ) | |
| v. ) | |
| ) | |
| Jose Luis QUINTERO-Arias, ) | EX PARTE APPLICATION FOR |
| ) | ORDER RELEASING |
| ) | MATERIAL WITNESSES |
| Defendant. ) | |
| _____ ) | |

On application of Tamara D. DeHaan, Attorney for the below-named material witnesses, and due to the entry of a guilty plea on behalf of the defendant named herein, it is requested that an order issue that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody forthwith:

**Mauricio CRUZ-Ramirez - Federal Reg. #05186-298**

DATED: December 18, 2007

                                                                                     s/Tamara D. DeHaan
                                                                                  TAMARA D. DeHAAN
                                                                                   Attorney for Material Witnesses
                                                                                   E-mail: dehaanesq@cox.net