Tamara D. DeHaan, Esq., #113932
LAW OFFICES OF TAMARA D. DeHAAN
444 West C Street, Suite 350
San Diego, CA 92101-3533
Ph: (619) 544-0715
Fax: (619) 544-1215

Attorney for Material Witness/es

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Ruben B. Brooks)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Case No. 07cr2878-LAB |
| v. | DECLARATION OF SERVICE |
| Jose Luis QUINTERO-Arias, | Person/s Served:  Timothy Garrison, Esq. |
| Defendant. | And U.S. Attorney |
| | Date of Service: December 18, 2007 |

Under penalty of perjury, I declare:

1. I am an attorney duly licensed to practice law in the State of California. I am admitted to practice before the United States District Court for the Southern District of California. I am over the age of eighteen years and not a party to this action.

2. On December 18, 2007, I served the above-named person/s with the following documents:  Ex Parte Application for Order to Release Material Witness

3. Service was effected by e-filing the document with the Southern District Court via CM/ECF.

Executed on December 18, 2007, at San Diego, California.

                                                                            s/Tamara D. DeHaan
                                                                  Tamara D. DeHaan, Esq. - Declarant