FILED

07 DEC 19 AM 9:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

OF THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL CASE No. 07cr2878-LAB |
| ) | |
| v. ) | |
| ) | |
| Jose Luis QUINTERO-Arias, ) | |
| ) | ORDER RELEASING |
| ) | MATERIAL WITNESSES |
| Defendant. ) | |

On application of Tamara D. DeHaan, Attorney for the below-named material witnesses, and due to the entry of a guilty plea on or about November 16, 2007, on behalf of the defendant named herein,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody forthwith, and remanded to his country of origin:

Mauricio CRUZ-RAMIREZ - Federal Reg. #05186-298

DATED: 12/19/2007

_____
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE