**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Mr. Quintero-Arias

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE GORDON THOMPSON, JR.**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR2878-GT |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| JOSE LUIS QUINTERO-ARIAS, ) | |
| Defendant. ) | |

    Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

                                            Respectfully submitted,

Dated: March 3, 2008                          /s/ *STEPHEN D. DEMIK*
                                                          Federal Defenders of San Diego, Inc.
                                                          Attorneys for Defendant
                                                          Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: March 3, 2008

/s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Stephen_Demik@fd.org (email)